

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hatcher<br><br>                              Plaintiff,<br>V.<br>Ms. Ablos, Law Library Counsel; Jackie Braben, DAC Legal Runner; William G. Trainor, Officer of Assign Counsel Court Ordered; F. Michael Garcia, Dir of OAC<br>                              Defendant. | Civil Action No.  19cv824-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g); dismisses this civil action sua sponte without prejudice for failing to prepay the $400 civil and administrative filing fees required by 28 U.S.C. § 1914(a); and denies Plaintiff's "Request for Legal Funds" as moot.

Date:          5/9/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman
R. Chapman, Deputy